**BOSTWICK & JASSY LLP**
GARY L. BOSTWICK, Cal. Bar No. 79000
  gbostwick@bostwickjassy.com
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@bostwickjassy.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone:  310-979-6059
Facsimile:   310-314-8401

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOME DECOR CENTER, INC., a California corporation,<br><br>                  Plaintiff,<br><br>      v.<br><br>GOOGLE, INC., a California corporation; HOME DEPOT, INC., a Georgia corporation, AND DOES 1 THROUGH 10, inclusive,<br><br>                  Defendants. | Case No. CV-12-05706 GW(SHx)<br><br>Hon. George H. Wu<br><br>**DEFENDANT GOOGLE INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE SECOND AMENDED COMPLAINT** |

Defendant Google Inc.("Google" or "Defendant"), answering for itself and no other, in response to plaintiff Home Decor Center, Inc.'s Second Amended Complaint ("SAC"), admits, denies and alleges as set forth below.  Unless specifically admitted, Google denies each of the allegations of the SAC.

1.    Answering Paragraph 1, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

2.    Answering Paragraph 2, Google admits that it is a Delaware corporation and is authorized to do business in the State of California.  Except as expressly provided, Google denies, generally and specifically, every allegation in this paragraph.

3.    Answering Paragraph 3, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

4.    Answering Paragraph 4, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

5.    Answering Paragraph 5, Google admits that the SAC alleges claims arising under 15 U.S.C. § 1125.  Except as expressly provided, Google denies, generally and specifically, every allegation in this paragraph.

6.    Answering Paragraph 6, Google admits that this Court has federal question jurisdiction over the claims arising under the Lanham Act, and has supplemental jurisdiction over the state law claims.

7.    Answering Paragraph 7, Google denies, generally and specifically, every allegation in this paragraph.

8.    Answering Paragraph 8, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

9.   Answering Paragraph 9, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

10.   Answering Paragraph 10, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

11.   Answering Paragraph 11, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

12.   Answering Paragraph 12, Google admits that Plaintiff utilized the AdWords service.  Except as expressly provided, Google is without knowledge or information sufficient to form a belief as to the other allegations there, and on that ground denies, generally and specifically, every one of the remaining allegations in this paragraph.

13.   Answering Paragraph 13, Google admits that AdWords advertisers may bid on keywords, and that such keywords may trigger the appearance of an advertiser's ads in response to user search queries corresponding to those keywords.  Home Decor Center's AdWords account provided that Home Decor Center would pay Google based on users clicking on Home Decor Center's advertisements.  Except as expressly provided, Google denies, generally and specifically, every allegation in this paragraph.

14.   Answering Paragraph 14, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

15.   Answering Paragraph 15, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

16. Answering Paragraph 16, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

17. Answering Paragraph 17, Google denies, generally and specifically, that any customers of Plaintiff were misled. Except as expressly provided, Google is without knowledge or information sufficient to form a belief as to the other allegations there, and on that ground deny, generally and specifically, every one of the remaining allegations in this paragraph.

18. Answering Paragraph 18, Google denies, generally and specifically, every allegation in this paragraph.

19. Answering Paragraph 19, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

20. Answering Paragraph 20, Google denies, generally and specifically, that the advertisements are improper or misleading or have misled customers or designers or caused Plaintiff any cognizable harm. Except as expressly provided, Google is without knowledge or information sufficient to form a belief as to the other allegations there, and on that ground deny, generally and specifically, every one of the remaining allegations in this paragraph.

21. Answering Paragraph 21, Google denies, generally and specifically, that the advertising about which Plaintiff complains is improper or has harmed Plaintiff. Except as expressly provided, Google is without knowledge or information sufficient to form a belief as to the other allegations there, and on that ground deny, generally and specifically, every one of the remaining allegations in this paragraph.

22. Answering Paragraph 22, Google denies, generally and specifically, that Plaintiff's customers have been misdirected. Except as expressly provided, Google is without knowledge or information sufficient to form a belief as to the other

allegations there, and on that ground denies, generally and specifically, every one of the remaining allegations in this paragraph.

23. Answering Paragraph 23, Google admits that it does not owe a duty to protect any allegedly infringing use of the Plaintiff's purported trademark or related domain name in the results of its search queries since such results were merely provided by another source. Except as expressly provided, Google denies, generally and specifically, every allegation in this paragraph.

24. Answering Paragraph 24, Google denies, generally and specifically, every allegation in this paragraph.

25. Answering Paragraph 25, Google denies, generally and specifically, every allegation in this paragraph.

26. Answering Paragraph 26, Google admits that its policies regarding AdWords advertisements is set forth, in part, in Exhibit B to the SAC, including in the portions of Exhibit B quoted in paragraph 26. Except as expressly provided, Google denies, generally and specifically, every allegation in this paragraph.

27. Answering Paragraph 27, Google denies, generally and specifically, every allegation in this paragraph.

28. Answering Paragraph 28, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

29. Answering Paragraph 29, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

30. Answering Paragraph 30, Google denies, generally and specifically, that Plaintiff is or ever has been the owner of a valid trademark in "Home Decor Center," and further denies, generally and specifically, that Plaintiff's customers were misled. Except as expressly provided, Google is without knowledge or information sufficient

to form a belief as to the other allegations there, and on that ground deny, generally and specifically, every one of the remaining allegations in this paragraph.

31. Answering Paragraph 31, Google denies, generally and specifically, every allegation in this paragraph.

32. Answering Paragraph 32, Google repeats, re-alleges, and incorporates as though fully set forth herein its foregoing responses to the allegations contained in paragraphs 1 through 31 of the SAC.

33. Answering Paragraph 33, Google denies, generally and specifically, that state court jurisdiction has anything to do with this Court's jurisdiction over Plaintiff's trademark claims. Except as expressly provided, Google denies, generally and specifically, every allegation in this paragraph.

34. Answering Paragraph 34, Google denies, generally and specifically, every allegation in this paragraph.

35. Answering Paragraph 35, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

36. Answering Paragraph 36, Google denies, generally and specifically, every allegation in this paragraph.

37. Answering Paragraph 37, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

38. Answering Paragraph 38, Google denies, generally and specifically, that Plaintiff has or has ever had a valid registered trademark. Except as expressly provided, Google is without knowledge or information sufficient to form a belief as to the other allegations there, and on that ground deny, generally and specifically, every one of the remaining allegations in this paragraph.

39. Answering Paragraph 39, Google denies, generally and specifically, every allegation in this paragraph.

40. Answering Paragraph 40, Google denies, generally and specifically, every allegation in this paragraph.

41. Answering Paragraph 41, Google denies, generally and specifically, every allegation in this paragraph.

42. Answering Paragraph 42, Google denies, generally and specifically, every allegation in this paragraph.

43. Answering Paragraph 43, Google denies, generally and specifically, every allegation in this paragraph.

44. Answering Paragraph 44, Google denies, generally and specifically, every allegation in this paragraph.

45. Answering Paragraph 45, Google admits that 15 U.S.C. § 1125(a) provides, in part, as set forth in paragraph 45.

46. Answering Paragraph 46, Google denies, generally and specifically, every allegation in this paragraph.

47. Answering Paragraph 47, Google denies, generally and specifically, every allegation in this paragraph.

48. Answering Paragraph 48, Google denies, generally and specifically, every allegation in this paragraph.

49. Answering Paragraph 49, Google denies, generally and specifically, every allegation in this paragraph.

50. Answering Paragraph 50, Google denies, generally and specifically, every allegation in this paragraph.

51. Answering Paragraph 51, Google denies, generally and specifically, every allegation in this paragraph.

52. Answering Paragraph 52, Google denies, generally and specifically, every allegation in this paragraph.

53. Answering Paragraph 53, Google denies, generally and specifically, every allegation in this paragraph.

54. Answering Paragraph 54, Google denies, generally and specifically, every allegation in this paragraph.

55. Answering Paragraph 55, Google repeats, re-alleges, and incorporates as though fully set forth herein its foregoing responses to the allegations contained in paragraphs 1 through 54 of the SAC.

56. Answering Paragraph 56, Paragraph 56 contains a legal conclusion and does not require a response. To the extent a response is required, Google denies, generally and specifically, every one of the allegations in this paragraph.

57. Answering Paragraph 57, Google denies, generally and specifically, every allegation in this paragraph.

58. Answering Paragraph 58, Google denies, generally and specifically, every allegation in this paragraph.

59. Answering Paragraph 59, Google denies, generally and specifically, every allegation in this paragraph.

60. Answering Paragraph 60, Google denies, generally and specifically, every allegation in this paragraph.

61. Answering Paragraph 61, Google denies, generally and specifically, every allegation in this paragraph.

62. Answering Paragraph 62, Google repeats, re-alleges, and incorporates as though fully set forth herein its foregoing responses to the allegations contained in paragraphs 1 through 61 of the SAC.

63. Answering Paragraph 63, Google denies, generally and specifically, every allegation in this paragraph.

64. Answering Paragraph 64, Google denies, generally and specifically, every allegation in this paragraph.

65. Answering Paragraph 65, Google denies, generally and specifically, every allegation in this paragraph.

66. Answering Paragraph 66, Google denies, generally and specifically, every allegation in this paragraph.

67. Answering Paragraph 67, Google denies, generally and specifically, every allegation in this paragraph.

68. Answering Paragraph 68, Google denies, generally and specifically, every allegation in this paragraph.

69. Answering Paragraph 69, Google denies, generally and specifically, every allegation in this paragraph.

70. Answering Paragraph 70, Google denies, generally and specifically, every allegation in this paragraph.

71. Answering Paragraph 71, Google denies, generally and specifically, every allegation in this paragraph.

72. Answering Paragraph 72, Google repeats, re-alleges, and incorporates as though fully set forth herein its foregoing responses to the allegations contained in paragraphs 1 through 71 of the SAC.

73. Answering Paragraph 73, Google denies, generally and specifically, every allegation in this paragraph.

74. Answering Paragraph 74, Google denies, generally and specifically, every allegation in this paragraph.

75. Answering Paragraph 75, Google denies, generally and specifically, every allegation in this paragraph.

76. Answering Paragraph 76, Google denies, generally and specifically, every allegation in this paragraph.

77. Answering Paragraph 77, Google denies, generally and specifically, every allegation in this paragraph.

78. Answering Paragraph 78, Google denies, generally and specifically, every allegation in this paragraph.

79.     Answering Paragraph 79, Google denies, generally and specifically, every allegation in this paragraph.

80.     Answering Paragraph 80, Google repeats, re-alleges, and incorporates as though fully set forth herein its foregoing responses to the allegations contained in paragraphs 1 through 79 of the SAC.

81.     Answering Paragraph 81, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

82.     Answering Paragraph 82, Google is without knowledge or information sufficient to form a belief as to the truth of the allegations there, and on that ground denies, generally and specifically, every allegation in this paragraph.

83.     Answering Paragraph 83, Google denies, generally and specifically, every allegation in this paragraph.

84.     Answering Paragraph 84, Google denies, generally and specifically, every allegation in this paragraph.

85.     Answering Paragraph 85, Google denies, generally and specifically, every allegation in this paragraph.

86.     Answering Paragraph 86, Google denies, generally and specifically, every allegation in this paragraph.

87.     Answering Paragraph 87, Google denies, generally and specifically, every allegation in this paragraph.

## SEPARATE AND ADDITIONAL DEFENSES

By alleging the Separate and Additional Defenses set forth below, Google does not concede that it has the burden of proof or the burden of persuasion on any issues set forth therein.  Furthermore, all such Defenses are pleaded in the alternative, and do not constitute an admission of liability or that Plaintiff is entitled to any relief whatsoever.  Google has insufficient knowledge or information upon which to form a

belief as to whether it may have additional, as yet unstated, separate defenses available to it, and Google hereby reserves the right to amend its Answer and Affirmative Defenses to assert additional separate defenses in the event it later appears that such defenses would be appropriate.

As Separate and Additional Defenses of the Complaint, Google alleges as follows:

### FIRST SEPARATE AND ADDITIONAL DEFENSE

1. The SAC and each of its causes of action are barred, in whole or in part, because the SAC fails to allege facts sufficient to constitute a claim for relief against Google.

### SECOND SEPARATE AND ADDITIONAL DEFENSE

2. The SAC and each of its causes of action are barred, in whole or in part, because Google's actions were reasonable, justified, privileged and in good faith.

### THIRD SEPARATE AND ADDITIONAL DEFENSE

3. The SAC's state law claims for unfair business practices and interference with prospective contractual relations are barred, in whole or in part, by the sham pleading doctrine, Federal Rule of Civil Procedure 11, and/or Plaintiff's prior admissions.

### FOURTH SEPARATE AND ADDITIONAL DEFENSE

4. The SAC's state law claims for unfair business practices and interference with prospective contractual relations are barred, in whole or in part, by the immunity provided by 47 U.S.C. § 230(c).

### FIFTH SEPARATE AND ADDITIONAL DEFENSE

5. The SAC and each of its causes of action are barred, in whole or in part, by the doctrines of fair use, nominative use and/or descriptive use.

### SIXTH SEPARATE AND ADDITIONAL DEFENSE

6. The SAC and each of its causes of action are barred, in whole or in part, by the doctrines of waiver, acquiescence and/or estoppel.

### SEVENTH SEPARATE AND ADDITIONAL DEFENSE

7. The SAC and each of its causes of action are barred, in whole or in part, because any trademark infringement or unfair competition, if any, was innocent.

### EIGHTH SEPARATE AND ADDITIONAL DEFENSE

8. The SAC and each of its causes of action are barred, in whole or in part, because the purported trademark at issue is generic and invalid.

### NINTH SEPARATE AND ADDITIONAL DEFENSE

9. The SAC and each of its causes of action are barred, in whole or in part, because the purported trademark at issue lacks secondary meaning and is invalid.

### TENTH SEPARATE AND ADDITIONAL DEFENSE

10. The SAC and each of its causes of action are barred, in whole or in part, by the First Amendment to the Constitution of the United States, and Article 1, Section 2 of the California Constitution.

### ELEVENTH SEPARATE AND ADDITIONAL DEFENSE

11. While Google does not admit that the SAC states any valid claims, any remedies are limited to the extent that there is overlapping or duplicative recovery pursuant to the SAC's various claims for any alleged single wrong.

### TWELFTH SEPARATE AND ADDITIONAL DEFENSE

12. The SAC and each of its causes of action are barred, in whole or in part, because Google is not liable for the acts of others over which it has no control.

### THIRTEENTH SEPARATE AND ADDITIONAL DEFENSE

13. The SAC and each of its causes of action are barred, in whole or in part, because Plaintiff's damages, if any, were not caused by Google. To the extent that any loss, injury or damage occurred as Plaintiff alleges, which Google denies, such loss, injury or damage was proximately caused and contributed to by persons other than Google. Such other causation was an intervening and superseding cause of the purported loss, injury or damage of which Plaintiff complains.

**FOURTEENTH SEPARATE AND ADDITIONAL DEFENSE**

14. Plaintiff failed to mitigate its damages, if any, and as a consequence, Plaintiff is not entitled to recover the damages alleged, or any other damages.

**FIFTEENTH SEPARATE AND ADDITIONAL DEFENSE**

15. Any purported damages suffered by Plaintiff, which Google denies occurred, were either wholly or in part the legal fault of persons, firms, corporations or entities other than Google and that legal fault reduces the percentage of responsibility to be borne by Google.

**SIXTEENTH SEPARATE AND ADDITIONAL DEFENSE**

16. Plaintiff is not entitled to injunctive relief on any of his causes of action because any alleged injury to Plaintiff is not immediate or irreparable, and it has an adequate remedy at law.

**SEVENTEENTH SEPARATE AND ADDITIONAL DEFENSE**

17. The SAC and each cause of action contained therein, is barred, in whole or in part, because Plaintiff would be unjustly enriched if allowed to recover on the SAC.

**EIGHTEENTHSEPARATE AND ADDITIONAL DEFENSE**

18. The SAC and each cause of action contained therein, is barred, in whole or in part, by the doctrines of unclean hands and in pari delicto.

**NINETEENTH SEPARATE AND ADDITIONAL DEFENSE**

19. Plaintiff is not entitled to recover any punitive or exemplary damages because: (a) the SAC and each cause of action contained therein, fails to plead facts sufficient to support the recovery of punitive or exemplary damages; (b) an award of punitive or exemplary damages would be unconstitutional under the First Amendment to the Constitution of the United States, and Article 1, Section 2 of the California Constitution; (c) any provisions of law allowing for an award of punitive damages and the substantive rules, procedures and standards for determining whether or not to award them and, if so, in what amount against Google, violate Google's

rights to due process and/or equal protection under the law, under the United States and/or California Constitutions; (d) any recovery by Plaintiff of punitive or exemplary damages arising out of the claims made in the SAC would constitute the imposition of a criminal fine or penalty without the substantive or procedural safeguards guaranteed b the Fifth and Fourteenth Amendments to the United States Constitution and by Article I, Section 7 of the California Constitution; and (e) the imposition of punitive or exemplary damages against Google would constitute an excessive fine or penalty under Article 1, Section 17 of the California Constitution.

THEREFORE, Google prays for judgment as follows:

1. That the Plaintiff take nothing by this action and that it be dismissed with prejudice;

2. That judgment be entered in favor of Google and against Plaintiff;

3. That Google have a judgment in its favor for its costs and reasonable attorneys' fees incurred in this matter; and

4. For such other and further relief as the Court may deem just and proper.

Dated: October 15, 2012                BOSTWICK & JASSY LLP


By: ___/s/ - Kevin L. Vick___
    Kevin L. Vick
Attorneys for Defendant GOOGLE INC.

-13-

GOOGLE'S ANSWER AND AFFIRMATIVE
DEFENSES TO SECOND AMENDED COMPLAINT