JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DÉCOR CENTER, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC.; HOME DEPOT, INC.; and DOES 1 THROUGH 10, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 12-05706-GW(SHx) <br><br> **JUDGMENT** <br><br> Date: May 9, 2013 <br> Time: 8:30 AM <br> Hon. George H. Wu |

The Court, having considered the papers, evidence and arguments submitted by the parties in support of and in opposition to Defendant Google Inc.'s Motion for Summary Judgment,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Google Inc.'s Motion for Summary Judgment is GRANTED.
2. Plaintiff Home Decor Center, Inc. takes nothing, the action by Home Decor Center, Inc. against Google Inc. is dismissed with prejudice, and Google Inc. is to recover its costs from Home Decor Center, Inc.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 16, 2013

**GEORGE H. WU, U.S. District Judge**